No. 00–5096. PEREZ-MONTANEZ ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 00–5097. REUTTER *v.* CAROTHERS, SUPERINTENDENT, LEMON CREEK CORRECTIONAL CENTER, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–5098. RAWSON *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–5100. POSEY *v.* GEORGIA BUREAU OF PRISONS ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–5101. SANCHEZ *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–5103. TOKAR *v.* LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 00–5104. VINCZE *v.* HICKMAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–5106. WOODS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–5108. JACKSON *v.* GARCIA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–5109. LARSON *v.* COYLE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–5110. KEOUGH *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 00–5111. LEDBETTER *v.* TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 00–5112. JOHNSON *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 00–5114. REESE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.